Prob 22 (Rev. 03/97)

| # TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) 0:00CR00243-1(RHK) |
|---|---|
| | DOCKET NO. (Receiving Court) |

| NAME | DISTRICT | DIVISION |
|---|---|---|
| Tavarian Troyorvay McDonald | MINNESOTA | |
| | NAME OF SENTENCING JUDGE<br>Honorable Richard H. Kyle | |
| | DATES OF SUPERVISION — FROM 12/23/2005 | TO 12/22/2010 |

OFFENSE

Conspiracy to Possess with Intent to Distribute in Excess of 50 Grams of Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois-Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

1/31/06
Date

[signature]
Richard H. Kyle, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ND/IL-CHICAGO DISTRICT OF

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

FEB - 9 2006
Effective Date

Charles P. Kocoras
United States District Judge

SCANNED
MAR 01 2006
U.S. DISTRICT COURT ST. PAUL